# UNITED STATES DISTRICT COURT
## District of Minnesota

Galen Traylor

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.  Case Number: 17-cv-1864 (JRT/TNL)

U.S. Bancorp, U.S. Bank N.A. *doing business as* U.S. Bank

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This case is **DISMISSED WITH PREJUDICE**, each party bearing its own attorney fees, costs, and disbursements.

Date:  October 26, 2017

RICHARD D. SLETTEN, CLERK

s/L. Brennan
(By)  L. Brennan , Deputy Clerk